UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TREMAINE GREGORY MILES,<br><br>          Petitioner,<br><br>   v.<br><br>STEPHEN SINCLAIR,<br><br>          Respondent. | CASE NO. C12-5412 RBL-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 30th day of May, 2012.

                                                  J. Richard Creatura
                                                  United States Magistrate Judge