UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TREMAINE GREGORY MILES,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>STEPHEN SINCLAIR.<br><br>　　　　　　　　　Respondent. | CASE NO. C12-5412 RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court orders that the petition is denied. Five of petitioner's nine grounds for relief are procedurally barred. None of petitioner's remaining grounds for relief merit a grant of habeas corpus.

(3) No Certificate of Appealability will be granted.

DATED this 30th day of November, 2012.

　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1